UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: RICHIE, ROBERT | § | Case No. 11-83910 |
| RICHIE, AMY | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
Stanley J. Rozkowski U.S. Courthouse
327 S. Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/18/2013 in Courtroom 3100, United States Courthouse, 327 S. Church Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/06/2013   By:  /s/MEGAN G. HEEG
                                                Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: RICHIE, ROBERT | § | Case No. 11-83910 |
| RICHIE, AMY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 12,020.00 |
| and approved disbursements of | $ 291.71 |
| leaving a balance on hand of [1] | $ 11,728.29 |

**Balance on hand:** $ 11,728.29

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,728.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,952.00 | 0.00 | 1,952.00 |
| Trustee, Expenses - MEGAN G. HEEG | 8.45 | 0.00 | 8.45 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger Lee & Considine, LLC | 3,048.75 | 0.00 | 3,048.75 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger Lee & Considine, LLC | 81.25 | 0.00 | 81.25 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 5,090.45 |
| Remaining balance: | $ 6,637.84 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,637.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,637.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,678.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Absolute Resolutions Corp. | 242.47 | 0.00 | 52.46 |
| 2 | Discover Bank | 4,284.36 | 0.00 | 927.00 |
| 3 | Midland Credit Management, Inc. | 3,691.91 | 0.00 | 798.81 |
| 4 | U.S. Bank, N.A. | 8,812.29 | 0.00 | 1,906.69 |
| 5 | Portfolio Recovery Associates, LLC | 1,150.07 | 0.00 | 248.84 |
| 6 | Rockford Mercantile Agency, Inc. | 190.00 | 0.00 | 41.11 |
| 7 | Portfolio Recovery Associates, LLC | 0.00 | 0.00 | 0.00 |
| 7-2 | Portfolio Recovery Associates, LLC | 11,980.95 | 0.00 | 2,592.29 |
| 8 | Portfolio Recovery Associates, LLC | 326.46 | 0.00 | 70.64 |

Total to be paid for timely general unsecured claims: $ 6,637.84
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL  61021
(815) 288-4949
heeg@egblc.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-83910-TML
Rob Richie                                                              Chapter 7
Amy Richie
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave            Page 1 of 3               Date Rcvd: Feb 19, 2013
                              Form ID: pdf006            Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2013.
```
db/jdb       +Rob Richie,    Amy Richie,    355 Partridge Court,    Algonquin, Il 60102-1930
17756838      Absolute Collections Corp,    4465420196984660,    P.O. Box 880306,    San Diego, CA 92168-0306
17849212     +Absolute Resolutions Corp.,    P.O. Box 880306,    San Diego, CA 92168-0306
17756832     +Activity Collections Service,    86152,   664 Milwaukee Ave.,    Prospect Heights, IL 60070-2352
17756826      Advocate Good Shepard Hospital,    615384468,    PO BOx 4248,    Carol Stream, IL 60197-4248
17756830      Advocate Good Shepherd Hospital,    616596441,    PO Box 4248,    Carol Stream, IL 60197-4248
17756829      Advocate Lutheran General Hospital,    333514396,    PO BOx 4249,    Carol Stream, IL 60197-4249
17756823      Alexian Brothers,   H08000832611,    21272 Network Place,    Chicago, Illinois 60673-1212
17756831      Alexian Brothers Hospital,    HO8000832611,    21272 Network Place,    Chicago, IL 60673-1212
17756824     +Algonquin Smiles PC,    925C8-0000000027,    785 Randall Road,    ALgonquin, Il 60102-5914
17756816      Ctimortgage Inc.,    0006865600-8,    PO Box 183040,    Columbus Oh 43218-3040
17756828      Fort Dearborn Life,    00201118719900387,    PO Box 23060,    Belleville, Il 62223-0060
17756827      Fort Dearborn Life,    0021118719900385,    PO Box 23060,    Belleville, IL 62223-0060
17756825      Good Shepherd Hospital,    616596441,    PO Box 70014,    Chicago, IL 60673-0001
17756833     +Illinois Pathologist Services, LLC,    IPS22399564,    P.O. Box 9846,    Peoria, IL 61612-9846
17756834     +J.C. Christensen & Assoc.,    7001062116217153,    P.O. Box 519,    Sauk Rapids, MN 56379-0519
17756821      Lehman & Menis,    53957,    PO Box 845,    Crystal Lake, Il 60039-0845
17756820     +Northwest Pulmonary and Sleep Medicine,    6782,    PO Box 859,    Crystal Lake, Il 60039-0859
17756836     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    7981924141469841,
              P.O. Box 12914,    Norfold, VA 23541)
17756835     +Protocol Recovery Service, Inc.,    5121071987594342,    509 Mercer Ave.,
              Panama City, FL 32401-2631
17756839      RGS Collections,   0315436584,    0008526766,    P.O. Box 852039,    Richardson, TX 75085-2039
17756819     +Rockford Mercantile Agency, Inc.,    20959812,    2502 S. Alpine Road,    Roakford, Il 61108-7813
17756818     +Rosecrance inc,    24900,    1601 University Drive,    Rockford, Illinois 61107-2295
18577905     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank, N.A.,    Bankruptcy Department,    P.O. Box 5229,
              Cincinnati, Ohio 45201-5229)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17756822      E-mail/Text: RBALTAZAR@ARMORSYS.COM Feb 20 2013 04:37:26     Armor Systems Corp,   002575968,
              1700 Kiefer Drive, Ste 1,    Zion, Illinois 60099-5105
17756817     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:55:35      Discover,   60114994689PO,
              Box 6103,   Carol Stream, IL 60197-6103
18373435      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 20 2013 04:55:35      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17756837      E-mail/Text: bknotice@erccollections.com Feb 20 2013 04:46:34      Enhanced Recovery Co.,
              39311188,    8014 Bayberry Road,   Jacksonville, FL 32256-7412
18506251     +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2013 04:22:25     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17756841     +E-mail/Text: info@nelsonwatson.com Feb 20 2013 05:13:35      Nelson, Watson & Assoc, LLC,
              7001062116217153,    383144000,   P.O. Box 1299,    Haverhil, MA 01831-1799
                                                                                             TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18736795*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,
              POB 41067,    Norfolk VA 23541)
18703828*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    c/o Lowes,   POB 41067,
              Norfolk VA 23541)
17756840*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US Bank,    4037840013317993,    P.O. Box 790084,
              St. Louis, MO 63179-0084)
                                                                                 TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-3          User: kkrystave            Page 2 of 3              Date Rcvd: Feb 19, 2013
                              Form ID: pdf006            Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 21, 2013**                          **Signature:**   *Joseph Speetjens*

```
District/off: 0752-3          User: kkrystave            Page 3 of 3           Date Rcvd: Feb 19, 2013
                              Form ID: pdf006            Total Noticed: 30
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2013 at the address(es) listed below:
          Lino  Menconi    on behalf of Joint Debtor Amy  Richie linomenconi@aol.com, sandy@alesialaw.com
          Lino  Menconi    on behalf of Debtor Rob  Richie linomenconi@aol.com, sandy@alesialaw.com
          Megan G Heeg    heeg@egblc.com, IL55@ecfcbis.com
          Megan G Heeg    on behalf of Trustee Megan G Heeg heeg@egblc.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Steven R Rappin    on behalf of Creditor   CitiMortgage, Inc. dolswang@hrolaw.com,
 rarredondo@hrolaw.com
                                                                                                                        TOTAL: 6