# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: RICHIE, ROBERT | § | Case No. 11-83910 |
| RICHIE, AMY | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $166,500.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants:$6,637.84 | Claims Discharged Without Payment: $23,987.43 |
| Total Expenses of Administration:$5,382.16 | |

3) Total gross receipts of $ 12,020.00 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $12,020.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,382.16 | 5,382.16 | 5,382.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 27,473.74 | 42,606.22 | 30,625.27 | 6,637.84 |
| **TOTAL DISBURSEMENTS** | $27,473.74 | $47,988.38 | $36,007.43 | $12,020.00 |

4)  This case was originally filed under Chapter 7 on September 02, 2011. The case was pending for 20 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _05/14/2013_____    By:_ /s/MEGAN G. HEEG_____
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Hyundai Elantra | 1129-000 | 9,000.00 |
| Potential 2011 tax refund | 1224-000 | 3,020.00 |
| **TOTAL GROSS RECEIPTS** | | $12,020.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,952.00 | 1,952.00 | 1,952.00 |
| MEGAN G. HEEG | 2200-000 | N/A | 8.45 | 8.45 | 8.45 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3110-000 | N/A | 3,048.75 | 3,048.75 | 3,048.75 |
| Ehrmann Gehlbach Badger Lee & Considine, LLC | 3120-000 | N/A | 81.25 | 81.25 | 81.25 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 16.71 | 16.71 | 16.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,382.16 | $5,382.16 | $5,382.16 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Absolute Resolutions Corp. | 7100-000 | 294.01 | 242.47 | 242.47 | 52.55 |
| 2 | Discover Bank | 7100-000 | 4,184.95 | 4,231.12 | 4,231.12 | 917.07 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Midland Credit Management, Inc. | 7100-000 | N/A | 3,691.91 | 3,691.91 | 800.20 |
| 4 | U.S. Bank, N.A. | 7100-000 | 8,812.29 | 8,812.29 | 8,812.29 | 1,910.01 |
| 5 | Portfolio Recovery Associates, LLC | 7100-000 | 1,150.39 | 1,150.07 | 1,150.07 | 249.27 |
| 6 | Rockford Mercantile Agency, Inc. | 7100-000 | 190.00 | 190.00 | 190.00 | 41.18 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 11,980.95 | 0.00 | 0.00 |
| 7 -2 | Portfolio Recovery Associates, LLC | 7100-000 | 12,515.64 | 11,980.95 | 11,980.95 | 2,596.80 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | 326.46 | 326.46 | 326.46 | 70.76 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $27,473.74 | $42,606.22 | $30,625.27 | $6,637.84 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-83910 | Trustee:    (330490)    MEGAN G. HEEG |
| Case Name:    RICHIE, ROBERT | Filed (f) or Converted (c):  09/02/11 (f) |
| RICHIE, AMY | §341(a) Meeting Date:    10/14/11 |
| Period Ending: 05/14/13 | Claims Bar Date:    04/13/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 355 Partridge Court, Algonquin, IL | 165,000.00 | 0.00 | | 0.00 | FA |
| 2 | 6 Rooms of Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Common Houshold Goods | 500.00 | 0.00 | | 0.00 | FA |
| 4 | 2010 Hyundai Elantra | Unknown | 9,000.00 | | 9,000.00 | FA |
| 5 | Checking - Harris<br>   Debtors have 2 Harris accounts (XXX7783 &<br>XXXX6990) | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Potential 2011 tax refund  (u)<br>   Per  agreement Debtors will take portion of any tax<br>refund in excess of $2,000 (assuming rest not property<br>of estate or is exempt) | 0.00 | Unknown | | 3,020.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>   2003 camper first listed in Debtors' amended<br>Schedule B. | 0.00 | 0.00 | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES  (u)<br>   2006 Ford first listed in Debtors' amended Schedule<br>B. | 0.00 | 0.00 | | 0.00 | FA |
| **8** | **Assets    Totals** (Excluding unknown values) | **$166,500.00** | **$9,000.00** | | **$12,020.00** | **$0.00** |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    December 30, 2012        Current Projected Date Of Final Report (TFR):    February 25, 2013  (Actual)

Exhibit 9

# **Form 2**

Page: 1

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 11-83910 |
| Case Name: | RICHIE, ROBERT |
| | RICHIE, AMY |
| Taxpayer ID #: | **-***4070 |
| Period Ending: | 05/14/13 |

| | |
|---|---|
| Trustee: | MEGAN G. HEEG (330490) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******84-65 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/12 | {4} | Harris Bank cashier's check | 2010 Hyundai Elantra | 1129-000 | 9,000.00 | | 9,000.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,975.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,950.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,925.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,900.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,875.00 |
| 07/17/12 | {6} | Robert and Amy Richie | taxes | 1224-000 | 2,169.00 | | 11,044.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,019.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,994.00 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,969.00 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,944.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,919.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,894.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033049088 20130117 | 9999-000 | | 10,894.00 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 11,169.00 | 11,169.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 10,894.00 | |
| Subtotal | 11,169.00 | 275.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $11,169.00 | $275.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-83910 |
| **Case Name:** | RICHIE, ROBERT |
| | RICHIE, AMY |
| **Taxpayer ID #:** | **-***4070 |
| **Period Ending:** | 05/14/13 |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****187265 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,894.00 | | 10,894.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.71 | 10,877.29 |
| 02/05/13 | {6} | Robert and Amy Richie | tax refund | 1224-000 | 851.00 | | 11,728.29 |
| 03/25/13 | 11001 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $3,048.75, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,048.75 | 8,679.54 |
| 03/25/13 | 11002 | Ehrmann Gehlbach Badger Lee & Considine, LLC | Dividend paid 100.00% on $81.25, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 81.25 | 8,598.29 |
| 03/25/13 | 11003 | Absolute Resolutions Corp. | Dividend paid  21.67% on $242.47; Claim# 1; Filed: $242.47; Reference: | 7100-000 | | 52.55 | 8,545.74 |
| 03/25/13 | 11004 | Discover Bank | Dividend paid  21.67% on $4,231.12; Claim# 2; Filed: $4,231.12; Reference: | 7100-000 | | 917.07 | 7,628.67 |
| 03/25/13 | 11005 | Midland Credit Management, Inc. | Dividend paid  21.67% on $3,691.91; Claim# 3; Filed: $3,691.91; Reference: | 7100-000 | | 800.20 | 6,828.47 |
| 03/25/13 | 11006 | U.S. Bank, N.A. | Dividend paid  21.67% on $8,812.29; Claim# 4; Filed: $8,812.29; Reference: | 7100-000 | | 1,910.01 | 4,918.46 |
| 03/25/13 | 11007 | Portfolio Recovery Associates, LLC | Dividend paid  21.67% on $1,150.07; Claim# 5; Filed: $1,150.07; Reference: | 7100-000 | | 249.27 | 4,669.19 |
| 03/25/13 | 11008 | Rockford Mercantile Agency, Inc. | Dividend paid  21.67% on $190.00; Claim# 6; Filed: $190.00; Reference: | 7100-000 | | 41.18 | 4,628.01 |
| 03/25/13 | 11009 | Portfolio Recovery Associates, LLC | Dividend paid  21.67% on $11,980.95; Claim# 7 -2; Filed: $11,980.95; Reference: | 7100-000 | | 2,596.80 | 2,031.21 |
| 03/25/13 | 11010 | Portfolio Recovery Associates, LLC | Dividend paid  21.67% on $326.46; Claim# 8; Filed: $326.46; Reference: | 7100-000 | | 70.76 | 1,960.45 |
| 03/25/13 | 11011 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,960.45 | 0.00 |
| | | | Dividend paid 100.00%      1,952.00 on $1,952.00;  Claim# ; Filed: $1,952.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          8.45 on $8.45;  Claim# ; Filed: $8.45 | 2200-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 11,745.00 | 11,745.00 | $0.00 |
| Less: Bank Transfers | | 10,894.00 | 0.00 | |
| **Subtotal** | | 851.00 | 11,745.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$851.00** | **$11,745.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-83910 |
| **Case Name:** | RICHIE, ROBERT |
| | RICHIE, AMY |
| **Taxpayer ID #:** | **-***4070 |
| **Period Ending:** | 05/14/13 |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****187265 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| Checking # 9200-******84-65 | 11,169.00 | 275.00 | 0.00 |
| Checking # ****187265 | 851.00 | 11,745.00 | 0.00 |
| | $12,020.00 | $12,020.00 | $0.00 |

{} Asset reference(s)

Printed: 05/14/2013 09:44 AM    V.13.13